# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Cathy Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FOREMOST SHOCKWAVE<br>SOLUTIONS (5),<br><br>    Defendant. | Case No.: 15CR2822-CAB<br><br><br><br>**ORDER AND JUDGMENT ON<br>MOTION TO DISMISS** |

Upon motion of the United States and good cause appearing therefor,

IT IS HEREBY ORDERED the charges in the Indictment as to corporation Foremost Shockwave Solutions are dismissed without prejudice.


IT IS SO ORDERED.


Dated:    10/7/19

_____
Honorable Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE